

GEORGE F. RITCHIE
PHONE/FAX 410.576.4131
gritchie@gfrlaw.com

1001 FLEET STREET
SUITE 700
BALTIMORE, MD 21202-4346
410.576.4000
www.gfrlaw.com

October 2, 2024

**VIA CM/ECF**
The Honorable Gina L. Simms
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

          Re:   *Walker, et al. v. Civility Management Solutions, et al.*,
                  Case No. 8:21-cv-02100-GLS (lead case) – Request for
                  Reconsideration of the Court's Order

Dear Judge Simms:

     Pursuant to this Court's Letter Order Regarding the Filing of Motions dated October 4, 2021 and Paperless Order dated September 24, 2024, Defendants Civility Management Solutions, LLC and Laurie Sayles (collectively, "Defendants") submit this letter requesting an amended order to specify all periods barred by the statute of limitations or, in the alternative, for approval to file a Motion to Alter or Amend the Memorandum Opinion and Order issued by this Court on September 12, 2024 regarding Plaintiffs' Motion for Partial Summary Judgment (the "Motion") and Defendants' opposition thereto.  *See* ECF Nos. 73 & 74.[1]

     In the Memorandum Opinion, the Court determined that the statute of limitations precludes certain claims by Plaintiff Walker, including any claims before (1) August 18, 2019 for Counts I and II, (2) August 18, 2018 for Counts III and IV, and (3) August 4, 2018 for Count V.  ECF No. 73 at 39.  Thus, the Court stated that it denied the Motion with respect to unpaid minimum and overtime wages from June 1, 2018 to June 15, 2018 under Counts II, IV, and V because Plaintiff Walker is precluded from claiming wages for this period of time.  *Id.*  In addition, the Court ordered

---

[1] This request is in addition to Defendants' request to correct the counts referenced in ¶ 6 of the Court's Order with respect to Plaintiff Walker's unpaid minimum wages claims from October 1, 2018 to February 28, 2019 from "Counts I, II, and III" to "Counts II, IV, and V," which the Court orally granted during the case management conference on September 23, 2024.  *See* ECF No. 74.



"Plaintiff Walker's unpaid wage claims under Counts I–V for the June 1, 2018 to June 15, 2018 pay period are time barred."  ECF No. 74 at ¶ 3.

Despite the Court's statute of limitations determination, the Court did not specifically state any other pay periods for which the statute of limitations barred Plaintiff Walker's claims for minimum and overtime wages.  The following additional claims by Plaintiff Walker should be explicitly precluded by the statute of limitations:

| Count(s) | Additional Pay Period(s) Barred by the Statute of Limitations |
| --- | --- |
| I and II | July 16, 2018 to July 31, 2018; August 1, 2018 to September 30, 2018; and March 1, 2019 to August 15, 2019 |
| III and IV | July 16, 2018 to July 31, 2018; and August 1, 2018 to August 15, 2018 |
| V | July 16, 2018 to July 31, 2018 |

Therefore, Defendants request that this Court alter or amend the judgment to specify that the above listed claims by Plaintiff Walker are also precluded by the statute of limitations in the Court's Order, ECF No. 74, as found by this Court in its Memorandum Opinion, ECF No. 73.

In the alternative, should the Court deny Defendants' request to amend the judgment as stated herein, in accordance with this Court's Letter Order Regarding the Filing of Motions, Defendants request that this Court grant leave and permit them to file a Motion to Alter or Amend Judgment as to the issues identified herein.

*/s/ George F. Ritchie*
George F. Ritchie, IV (Bar. No. 22408)
Lauren Lake (Bar No. 20488)
David Coaxum (Bar No. 13963)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 20202
(410) 576-4131 / gritchie@gfrlaw.com
(410) 576-4004 / llake@gfrlaw.com
(410) 576-4035 / dcoaxum@gfrlaw.com

*Counsel for Defendants*



The Honorable Gina L. Simms
October 2, 2024
Page 3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October, 2024, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

*/s/ Lauren E. Lake*
Lauren E. Lake