**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Approved. All claims are hereby dismissed, and shall be deemed dismissed with prejudice as of 3/4/2025.
The Honorable Gina L Simms
United States Magistrate Judge
12/19/2024

| | | |
|---|---|---|
| MARIO WALKER, *et al.* | * | |
| Plaintiffs, | * | |
| vs | * | Civil Action No.:  8:21-cv-02100-GLS |
| CIVILITY MANAGEMENT SOLUTIONS LLC, *et al.* | * | (Consolidated with Civil Action No. 8:21-cv-02557-GLS) |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL OF ALL CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Mario Walker and Sandra Goins (collectively, "Plaintiffs"), and Defendants, Civility Management Solutions LLC ("CivilityMS") and Laurie Sayles (collectively with CivilityMS, "Defendants," and collectively with Plaintiffs, the "Parties"), by their undersigned counsel, hereby file this Stipulation of Dismissal with respect to all claims in the above-captioned consolidated case.  This Stipulation of Dismissal is signed by the Parties, who are all of the parties that have appeared in this case, and therefore operates to dismiss this case.

The Parties have further agreed that this dismissal shall be **with prejudice** after 75 days following the date of filing of this Stipulation of Dismissal, which will provide the parties sufficient time to fulfill obligations pursuant to their settlement agreement.  The Parties agree that this case may be reopened prior to the expiration of 75 days from this date if their obligations are not met.

Dated: December 18, 2024

*/s/ Philip B. Zipin*
Philip B. Zipin (Bar No. 03932)
Thomas J. Eiler (Bar No. 30622)
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
(240) 839-9142 (f)
pzipin@zipinlaw.com
teiler@zagfirm.com

*Counsel for Plaintiffs*

*/s/ George F. Ritchie*
George F. Ritchie, IV (Bar. No. 22408)
Lauren Lake (Bar No. 20488)
David Coaxum (Bar No. 13963)
1001 Fleet Street, Suite 700
Baltimore, MD 20202
Tel/Fax: (410) 576-4131
gritchie@gfrlaw.com
Tel/Fax: (410) 576-4004
llake@gfrlaw.com
Tel/Fax: (410) 576-4035
dcoaxum@gfrlaw.com

*Counsel for Defendants*

*SO ORDERED:*

_____
Judge, United States District Court for the
District of Maryland

2